ACCEPTED
01-13-00543-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 10:14:59 AM
CHRISTOPHER PRINI
CLERK

# BOSTON & HUGHES, P.C.

### - ATTORNEYS AT LAW -

**8584 KATY FREEWAY, SUITE 310**
**HOUSTON, TX 77024**
**713-961-1122   FAX 713-965-0883**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/12/2015 10:14:59 AM

CHRISTOPHER A. PRINE
Clerk

**Matthew B. E. Hughes**
Board Certified, Personal Injury Trial Law
Texas Board of Legal Specialization

January 8, 2015

**VIA USPS – Regular Delivery**
Blake A. Hawthorne, Clerk
Supreme Court of Texas
P.O. Box 12248
Austin, Texas 78711

      Re:    No. 14-0915; Hector Lucio v. Letosha Gale, M.D. and Zoe Life Wellness Center, P.A.

Dear Mr. Hawthorne:

Under Texas Rule of Appellate Procedure 53.3, Respondents, Letosha Gale, M.D. and Zoe Life Wellness Center, P.A., do not intend to file a response to the above-referenced petition for review unless the Supreme Court requests one. Respondents request that the petition be forwarded immediately to the Supreme Court for consideration.

Very truly yours,

*/s/ Matthew B.E. Hughes*

Matthew B. E. Hughes

MBEH/ah

cc:    **Via USPS – Regular Delivery**
      Leland M. Irwin
      ELLIS & IRWIN, L.L.P.
      302 Jackson Street
      Richmond, TX 77469